**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brandon Smith, | ) | No. CV-12-2391-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| City of Chandler, et al., | ) | |
| Defendants. | ) | |

Before the court is defendants' "Motion Requiring Cost Bond on Appeal" in the amount of $250.00 (doc. 71), pursuant to Fed. R. App. P. 7. Plaintiff did not respond to the motion and his failure to respond may be deemed a consent to the granting of the motion and we may dispose of the motion summarily. LRCiv 7.2(i).

IT IS ORDERED GRANTING defendants' Motion Requiring Cost Bond on Appeal (doc. 71).

IT IS FURTHER ORDERED that plaintiff shall submit a check in the amount of $250.00 to the Clerk of the Court within seven (7) days of this order. Such payment shall be used to secure payment of defendants' costs on appeal.

DATED this 27th day of February, 2015.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge