WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Smith, | No. CV-12-02391-PHX-FJM |
| Plaintiff, | **ORDER** |
| v. | |
| City of Chandler, et al., | |
| Defendants. | |

We now have the mandate in this case (doc. 74). A review of the docket shows that at the time summary judgment was granted (doc. 55), all deadlines had passed except for the proposed pretrial order, the final pretrial conference and the firm trial date. Discovery had closed in December 2013. Accordingly, all that is left in this case is the trial. It is therefore ORDERED as follows:

1. The parties shall file their proposed pretrial order no later than October 25, 2016.

2. The final pretrial conference shall be held on November 3, 2016 at 2:00 PM.

3. Trial will begin on November 14, 2016 at 9:00 AM.

Except for these new dates, refer to the prior Rule 16 Scheduling Order (doc. 12) for details.

Dated this 20th day of September, 2016.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge